TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00230-CV






Pecan Square Condominiums Homeowners

Association, Inc., Appellant


v.


Randall K. Frizzell and Brenda T.

Frizzell, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. GN303733, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING




M E M O R A N D U M O P I N I O N



 Pecan Square Condominiums Homeowners Association, Inc. appeals from a default
judgment rendered against them in this cause. After rendering the interlocutory default judgment
in this cause, the district court severed the claims against Pecan Square into a separate cause of
action. Thus, Pecan Square is not a party to this cause and could not properly invoke this Court's
jurisdiction. This Court has no jurisdiction over this appeal. We dismiss this appeal.


 

 Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed: September 30, 2004